BOLESLAW M. SZYMANSKI, Appellant, *v.* HELENA SZYMANSKI, Respondent.

*Szymanski* v. *Szymanski*, 152 App. Div. 953, affirmed.
(Argued March 17, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 15, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to establish a lien upon real property.

*P. H. Fitzgerald* for appellant.

*W. F. Dowling* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.

---

TEXLA SAS, Respondent, *v.* COHOES SAVINGS INSTITUTION Appellant.

*Sas* v. *Cohoes Savings Institution*, 148 App. Div. 908, affirmed.
(Argued March 18, 1914; decided April 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover a balance alleged to be due plaintiff on a savings bank account.

*Isaiah Fellows* and *Henry A. Strong* for appellant.

*Israel Belanger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.